## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA
## EASTERN DIVISION

|  |  |
|---|---|
| **STATES OF WEST VIRGINIA**, **NORTH DAKOTA**, **GEORGIA**, and **IOWA**, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> **U.S. ENVIRONMENTAL PROTECTION AGENCY**, e*t al.*, <br><br> Defendants. | Case No. 3:23-cv-00032-PDW-ARS <br><br> Hon. Peter D. Welte |

## PLAINTIFF STATES' MOTION FOR PRELIMINARY INJUNCTION

Under Federal Rule of Civil Procedure 65 and D.N.D. Civ. L. R. 7.1(B), and for the reasons stated in the accompanying memorandum, the Plaintiff States move for a preliminary injunction order enjoining Defendants from enforcing the final rule entitled, "Revised Definition of 'Waters of the United States,'" 88 Fed. Reg. 3004-3114 (January 18, 2023).

Dated: February 21, 2023

Respectfully submitted,

PATRICK MORRISEY
Attorney General of West Virginia

/s/ Michael R. Williams
Lindsay See
  Solicitor General
Michael R. Williams
  Senior Deputy Solicitor General

Office of the West Virginia Attorney General
State Capitol, Bldg 1, Room E-26

DREW H. WRIGLEY
Attorney General of North Dakota

/s/ Margaret I. Olson
Margaret I. Olson – State Bar ID No. 06352
Jennifer L. Verleger – State Bar ID No. 06732
  Assistant Attorneys General

Office of Attorney General
500 N. 9th Street
Bismarck, ND 58501

Charleston, WV 25305
(681) 313-4550
Lindsay.S.See@wvago.gov
Michael.R.Williams@wvago.gov

*Counsel for State of West Virginia*

Phone: (701) 328-3640
dwrigley@nd.gov
jverleger@nd.gov
maiolson@nd.gov

*Counsel for State of North Dakota*

CHRISTOPHER M. CARR
Attorney General of Georgia

/s/ Stephen J. Petrany
Stephen J. Petrany
  Solicitor General

Office of the Attorney General
40 Capitol Square, SW
Atlanta, Georgia 30334
(404) 458-3408
spetrany@law.ga.gov

*Counsel for State of Georgia*

BRENNA BIRD
Attorney General of Iowa

/s/ Eric H. Wessan
Eric H. Wessan
  Solicitor General

1305 E. Walnut Street
Des Moines, Iowa 50319
(515) 281-5164
(515) 281-4209 (fax)
eric.wessan@ag.iowa.gov

*Counsel for State of Iowa*

STEVE MARSHALL
Attorney General of Alabama

/s/ Edmund G. LaCour Jr.
Edmund G. LaCour Jr. (ASB-9182-U81L)
  Solicitor General

Office of the Attorney General
State of Alabama
501 Washington Avenue
P.O. Box 300152
Montgomery, Alabama 36130-0152
Telephone: (334) 242-7300
Fax: (334) 353-8400
Edmund.LaCour@AlabamaAG.gov

*Counsel for State of Alabama*

TREG TAYLOR
Attorney General of Alaska

/s/ David A. Wilkinson
David A. Wilkinson
  Senior Assistant Attorney General

1031 W. 4th Ave., Ste. 200
Anchorage, AK 99501
(907) 269-5100
david.wilkinson@alaska.gov

*Counsel for State of Alaska*

TIM GRIFFIN
Attorney General of Arkansas

ASHLEY MOODY
Attorney General of Florida

2

/s/ Dylan L. Jacobs
Nicholas J. Bronni
  Solicitor General
Dylan L. Jacobs
  Deputy Solicitor General

Arkansas Attorney General's Office
323 Center Street, Suite 200
Little Rock, Arkansas 72201
(501) 682-6302
Nicholas.Bronni@arkansasag.gov
Dylan.Jacobs@arkansasag.gov

*Counsel for State of Arkansas*

/s/ Natalie P. Christmas
Natalie P. Christmas (Fla. Bar 1019180)
  Assistant Attorney General of Legal Policy

Florida Attorney General's Office
The Capitol, Pl-01
Tallahassee, Florida 32399-1050
(850) 414-3300
(850) 410-2672 (fax)

natalie.christmas@myfloridalegal.com

*Counsel for State of Florida*

THEODORE E. ROKITA
Attorney General of Indiana

/s/ Thomas M. Fisher
Thomas M. Fisher
  Solicitor General

Indiana Attorney General's Office
Indiana Government Center South
302 W. Washington St., 5th Floor
Indianapolis, IN 46204
(317) 232-6255
tom.fisher@atg.in.gov

*Counsel for State of Indiana*

KRIS KOBACH
Attorney General of Kansas

/s/ Jesse A. Burris
Jesse A. Burris
  Assistant Attorney General

Kansas Attorney General's Office
120 SW 10th Avenue, 2nd Floor
Topeka, Kansas 66612-1597
Tel: (785) 368-8197
Jesse.Burris@ag.ks.gov

*Counsel for State of Kansas*

JEFF LANDRY
Attorney General of Louisiana

/s/ Elizabeth B. Murrill
Elizabeth B. Murrill
  Solicitor General
J. Scott St. John
  Deputy Solicitor General
Tracy Short
  Assistant Attorney General

Louisiana Department of Justice
1885 N. Third Street

LYNN FITCH
Attorney General of Mississippi

/s/ Justin L. Matheny
Justin L. Matheny (MS Bar No. 100754)
  Deputy Solicitor General

Mississippi Attorney General's Office
P.O. Box 220
Jackson, MS 39205-0220
Telephone: (601) 359-3680
Fax: (601) 359-2003
justin.matheny@ago.ms.gov

Baton Rouge, LA 70804
Tel: (225) 326-6766
murrille@ag.louisiana.gov
stjohnj@ag.louisiana.gov
shortt@ag.louisiana.gov

*Counsel for State of Louisiana*

*Counsel for State of Mississippi*

ANDREW BAILEY
Attorney General of Missouri

/s/ Joshua M. Divine
Joshua M. Divine, Mo. Bar No. 69875
  Solicitor General
Jeff P. Johnson, Mo. Bar No. 73249
  Deputy Solicitor General

Missouri Attorney General's Office
Post Office Box 899
Jefferson City, MO 65102
Tel: (573) 751-8870
Fax: (573) 751-0774
Josh.divine@ago.mo.gov

*Counsel for State of Missouri*

AUSTIN KNUDSEN
Attorney General of Montana

/s/ Christian B. Corrigan
Christian B. Corrigan
  Solicitor General
Brent Mead
  Deputy Solicitor General

Office of the Montana Attorney General
215 N Sanders St
Helena, MT 59601
(406) 444-2707
Christian.Corrigan@mt.gov

*Counsel for State of Montana*

MICHAEL T. HILGERS
Attorney General of Nebraska

/s/ Eric J. Hamilton
Eric J. Hamilton
  Deputy Solicitor General

Office of the Nebraska Attorney General
2115 State Capitol
Lincoln, NE 68509
(402) 471-2683
Eric.Hamilton@nebraska.gov

*Counsel for State of Nebraska*

JOHN M. FORMELLA
Attorney General of New Hampshire

/s/ Brandon F. Chase
Anthony J. Galdieri
  Solicitor General
Brandon F. Chase
  Assistant Attorney General

New Hampshire Department of Justice
33 Capitol Street
Concord, NH  03301
(603) 271-3650
brandon.f.chase@doj.nh.gov

*Counsel for State of New Hampshire*

DAVE YOST

GENTNER F. DRUMMOND

Attorney General of Ohio

/s/ Benjamin M. Flowers
Benjamin M. Flowers
  Ohio Solicitor General

30 E. Broad St., 17th Floor
Columbus, OH 43215
Phone:  614.466-8980
bflowers@ohioago.gov

*Counsel for State of Ohio*

Attorney General of Oklahoma

/s/ Garry M. Gaskins, II
Garry M. Gaskins, II
  Solicitor General
Zach West
  Director of Special Litigation
Jennifer L. Lewis
  Assistant Attorney General

313 N.E. 21st Street
Oklahoma City, OK 73105
Tel: (405) 521-3921
Garry.gaskins@oag.ok.gov
Zach.west@oag.ok.gov
Jennifer.lewis@oag.ok.gov

*Counsel for State of Oklahoma*

ALAN WILSON
Attorney General of South Carolina

/s/ J. Emory Smith, Jr.
J. Emory Smith, Jr.
  Deputy Solicitor General

Office of the Attorney General
Post Office Box 11549
Columbia, South Carolina 29211
Phone:  (803) 734-3680; Fax:  (803) 734-3677
Email:   ESmith@scag.gov

*Counsel for State of South Carolina*

MARTY J. JACKLEY
Attorney General of South Dakota

/s/ Charles D. McGuigan
Charles D. McGuigan
  Deputy Attorney General Civil Division

1302 E. Highway 14, Suite 1
Pierre, SD 57501
605-773-3215
atgservice@state.sd.us

*Counsel for State of South Dakota*

JONATHAN SKRMETTI
Attorney General and Reporter
of the State of Tennessee

/s/ Clark L. Hildabrand
Andreé Blumstein
  Solicitor General
Clark L. Hildabrand
  Assistant Solicitor General

SEAN REYES
Attorney General of Utah

/s/ Melissa Holyoak
Melissa Holyoak
  Solicitor General

Utah Attorney General's Office

Office of the Tennessee Attorney General
P.O. Box 20207
Nashville, TN 37202
(615) 253-5642
Clark.Hildabrand@ag.tn.gov

*Counsel for State of Tennessee*

JASON MIYARES
Attorney General of Virginia

/s/ Andrew N. Ferguson
Andrew N. Ferguson
  Solicitor General
Kevin M. Gallagher
  Deputy Solicitor General
M. Jordan Minot
  Assistant Solicitor General

Virginia Attorney General's Office
202 North 9th Street
Richmond, Virginia 23219
(804) 786-2071
aferguson@oag.state.va.us
kgallagher@oag.state.va.us
mminot@oag.state.va.us

*Counsel for Commonwealth of Virginia*

350 N. State Street, Suite 230
P.O. Box 142320
Salt Lake City, UT 84114-2320
(801) 538-9600
melissaholyoak@agutah.gov

*Counsel for State of Utah*

BRIDGET HILL
Attorney General of Wyoming

/s/ Travis Jordan
Travis Jordan (ND Bar No. 08933)
  Senior Assistant Attorney General

Wyoming Attorney General's Office
109 State Capitol
Cheyenne, WY 82002
(307) 777-7895 (phone)
(307) 777-3542 (fax)
travis.jordan@wyo.gov

*Counsel for State of Wyoming*

## CERTIFICATE OF SERVICE

I certify that on February 21, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of this filing to the attorneys of record, and I will serve the foregoing via certified mail to the following:

U.S. Environmental Protection Agency
Office of the Administrator
Mail code: 1101A
1200 Pennsylvania Avenue, N.W.
Washington, D.C. 20460

Michael S. Regan
Administrator, U.S. Environmental Protection Agency
Office of the Administrator
Mail code: 1101A
1200 Pennsylvania Avenue, N.W.
Washington, D.C. 20460

U.S. Army Corps of Engineers
Office of Assistant Secretary of the Army (Civil Works)
441 G Street N.W.
Room 6P90
Washington, D.C. 20314-1000

Michael L. Connor
Assistant Secretary of the Army for Civil Works
Department of the Army
108 Army Pentagon
Washington, D.C. 20310-0108

Lieutenant General Scott A. Spellmon
Chief of Engineers and Commanding General
U.S. Army Corps of Engineers
441 G Street N.W.
Room 6P90
Washington, D.C. 20314-1000

The Attorney General of the United States
United States Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530-0001

*/s/ Michael R. Williams*