Local AO 440 (Rev. 01/23) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of North Dakota

| | |
|---|---|
| States of West Virginia; North Dakota; Georgia; Iowa; Alabama; Alaska; Arkansas; Florida; Indiana; Kansas; Louisiana; Mississippi; Missouri; Montana; Nebraska; New Hampshire; Ohio; Oklahoma; South Carolina; South Dakota; Tennessee; Utah; the Commonwealth of Virginia; and Wyoming;<br><br>*Plaintiff*<br><br>v.<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY; MICHAEL S. REGAN, In His Official Capacity as Administrator of the U.S. Environmental Protection Agency; U.S. ARMY CORPS OF ENGINEERS; MICHAEL L. CONNOR, In His Official Capacity as Assistant Secretary of the Army for Civil Works; LTG SCOTT A. SPELLMON, In His Official Capacity as Chief of Engineers and Commanding General, U.S. Army Corps of Engineers;<br><br>*Defendant* | Civil Action No.   3:23-cv-32 |

**SUMMONS IN A CIVIL ACTION**

To: Above Named Defendant(s)

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Margaret I. Olson
Attorney General's Office - Civil Litigation
500 N 9th St.
Bismarck, ND 58501-4509

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*KARI M. KNUDSON, CLERK OF COURT*

/s/ Sarah Cook, Deputy Clerk

Date:   February 16, 2023

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:23-cv-00032-ARS

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Lt Gen Scott A. Spellmon, Chief of Engineers
was received by me on *(date)* 02/16/2023

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*: I served the summons by Certified Mail Return / Receipt Requested on:
Lt Gen Scott A. Spellmon, Chief of Engineers & Commanding General
441 G Street N.W., Rm 6P90
Washington, D.C. 20314-1000

My fees are $ 0.00 for travel and $ 0.00 for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 02/21/2023

Server's signature

Cathie Hoffman, Legal Secretary
*Printed name and title*

WV Attorney General's Office
1900 Kanawha Blvd. E, Bldg 1, Rm 26E
Charleston, WV 25305
*Server's address*

Additional information regarding attempted service, etc:

cc: **The Attorney General of the United States**
**United States Department of Justice**
**950 Pennsylvania Avenue, N.W.**
**Washington, D.C. 20530-0001**

**Civil Process Clerk for the U.S. Attorney**
**for the District of North Dakota**
**Quentin N. Burdick United States Courthouse**
**U.S. Attorney's Office**
**655 First Avenue North, Suite 250**
**Fargo, ND 58102-4932**

**All copies of the complaint and summons were sent by certified mail to the three above addresses on February 17, 2023. Mailings were delivered on February 21, 2023.**