# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# EASTERN DIVISION

| | |
|---|---|
| State of West Virginia, et al., ) | |
| ) | |
| Plaintiffs, ) | **ORDER OF RECUSAL** |
| ) | |
| vs. ) | |
| ) | Case No. 3:23-cv-32 |
| U.S. Environmental Protection Agency, et al., ) | |
| ) | |
| Defendants. ) | |

Pursuant to 28 U.S.C. § 455(a), the undersigned recuses himself from hearing or determining any further proceeding in this case.

**IT IS SO ORDERED.**

Dated this 24th day of February, 2023.

*/s/ Peter D. Welte*
Peter D. Welte, Chief Judge
United States District Court