IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
EASTERN DIVISION

| | |
|---|---|
| **STATES OF WEST VIRGINIA**, **NORTH DAKOTA**, **GEORGIA**, and **IOWA**, *et al.*,<br><br>     Plaintiffs,<br><br>v.<br><br>**U.S. ENVIRONMENTAL PROTECTION AGENCY**, e*t al.*,<br><br>     Defendants. | Case No. 3:23-cv-00032-DLH-ARS<br><br>Hon. Daniel L. Hovland |

**PLAINTIFF STATES' REPLY IN SUPPORT OF MOTION FOR ORAL ARGUMENT**

Defendants do not oppose the Plaintiff States' request for oral argument. *See* ECF 84 at 1. And the Plaintiff States are fine with Defendants' secondary suggestion that any argument happen on March 17, 2023. *See id.* at 1-2. As far as the States are concerned, if the Court concludes that oral argument would be helpful, then any argument date before the Final Rule becomes effective on March 20 would be good. A hearing before then would allow the Court to decide the States' motion "before the alleged serious harm occurs from the final rule taking effect." ECF 90 at 2.

But the Court should not delay argument indefinitely if the Court grants the Proposed Intervenors' motion to intervene, as Defendants request. *See* ECF 84 at 1. The States recently opposed Defendants' request to extend the briefing schedule for many of the same reasons that justify setting any oral argument right away: (1) the Final Rule—now just one week from taking effect, *see* 88 Fed. Reg. 3004—is set to deal a significant blow to the States and their residents, *see* ECF 85 at 1-2; (2) Defendants cannot use a motion to intervene to prejudice the States' ability

to be heard, *see id.* at 2-3; and (3) a joint oral argument would not be a more efficient use of the Court's time, *see id.* at 3-4.  The Court was right to reject the indefinite briefing extension Defendants requested earlier.  It would be right to eliminate any chance of an indefinitely delayed oral argument, too.

Dated: March 13, 2023

Respectfully submitted.

| | |
|---|---|
| PATRICK MORRISEY<br>Attorney General of West Virginia | DREW H. WRIGLEY<br>Attorney General of North Dakota |
| /s/ Michael R. Williams<br>Lindsay See<br>  Solicitor General<br>Michael R. Williams<br>  Senior Deputy Solicitor General | /s/ Margaret I. Olson<br>Margaret I. Olson – State Bar ID No. 06352<br>Jennifer L. Verleger – State Bar ID No. 06732<br>  Assistant Attorneys General |
| Office of the West Virginia Attorney General<br>State Capitol, Bldg 1, Room E-26<br>Charleston, WV 25305<br>(681) 313-4550<br>Lindsay.S.See@wvago.gov<br>Michael.R.Williams@wvago.gov | Office of Attorney General<br>500 N. 9th Street<br>Bismarck, ND 58501<br>Phone: (701) 328-3640<br>jverleger@nd.gov<br>maiolson@nd.gov |
| *Counsel for State of West Virginia* | *Counsel for State of North Dakota* |
| CHRISTOPHER M. CARR<br>Attorney General of Georgia | BRENNA BIRD<br>Attorney General of Iowa |
| /s/ Stephen J. Petrany<br>Stephen J. Petrany<br>  Solicitor General | /s/ Eric H. Wessan<br>Eric H. Wessan<br>  Solicitor General |
| Office of the Attorney General<br>40 Capitol Square, SW<br>Atlanta, Georgia 30334<br>(404) 458-3408<br>spetrany@law.ga.gov | 1305 E. Walnut Street<br>Des Moines, Iowa 50319<br>(515) 281-5164<br>(515) 281-4209 (fax)<br>eric.wessan@ag.iowa.gov |
| *Counsel for State of Georgia* | *Counsel for State of Iowa* |

STEVE MARSHALL
Attorney General of Alabama

/s/ Edmund G. LaCour Jr.
Edmund G. LaCour Jr. (ASB-9182-U81L)
  Solicitor General

Office of the Attorney General
State of Alabama
501 Washington Avenue
P.O. Box 300152
Montgomery, Alabama 36130-0152
Telephone: (334) 242-7300
Fax: (334) 353-8400
Edmund.LaCour@AlabamaAG.gov

*Counsel for State of Alabama*

TREG TAYLOR
Attorney General of Alaska

/s/ David A. Wilkinson
David A. Wilkinson
  Senior Assistant Attorney General

1031 W. 4th Ave., Ste. 200
Anchorage, AK 99501
(907) 269-5100
david.wilkinson@alaska.gov

*Counsel for State of Alaska*

TIM GRIFFIN
Attorney General of Arkansas

/s/ Dylan L. Jacobs
Nicholas J. Bronni
  Solicitor General
Dylan L. Jacobs
  Deputy Solicitor General

Arkansas Attorney General's Office
323 Center Street, Suite 200
Little Rock, Arkansas 72201
(501) 682-6302
Nicholas.Bronni@arkansasag.gov
Dylan.Jacobs@arkansasag.gov

*Counsel for State of Arkansas*

ASHLEY MOODY
Attorney General of Florida

/s/ Natalie P. Christmas
Natalie P. Christmas (Fla. Bar 1019180)
  Assistant Attorney General of Legal Policy

Florida Attorney General's Office
The Capitol, Pl-01
Tallahassee, Florida 32399-1050
(850) 414-3300
(850) 410-2672 (fax)

natalie.christmas@myfloridalegal.com

*Counsel for State of Florida*

THEODORE E. ROKITA
Attorney General of Indiana

/s/ Thomas M. Fisher
Thomas M. Fisher
  Solicitor General

Indiana Attorney General's Office
Indiana Government Center South

KRIS KOBACH
Attorney General of Kansas

/s/ Jesse A. Burris
Jesse A. Burris
  Assistant Attorney General

Kansas Attorney General's Office
120 SW 10th Avenue, 2nd Floor

3

302 W. Washington St., 5th Floor  
Indianapolis, IN 46204  
(317) 232-6255  
tom.fisher@atg.in.gov  

*Counsel for State of Indiana*

JEFF LANDRY  
Attorney General of Louisiana  

/s/ Elizabeth B. Murrill  
Elizabeth B. Murrill  
  Solicitor General  
J. Scott St. John  
  Deputy Solicitor General  
Tracy Short  
  Assistant Attorney General  

Louisiana Department of Justice  
1885 N. Third Street  
Baton Rouge, LA 70804  
Tel: (225) 326-6766  
murrille@ag.louisiana.gov  
stjohnj@ag.louisiana.gov  
shortt@ag.louisiana.gov  

*Counsel for State of Louisiana*

ANDREW BAILEY  
Attorney General of Missouri  

/s/ Joshua M. Divine  
Joshua M. Divine, Mo. Bar No. 69875  
  Solicitor General  
Jeff P. Johnson, Mo. Bar No. 73249  
  Deputy Solicitor General  

Missouri Attorney General's Office  
Post Office Box 899  
Jefferson City, MO 65102  
Tel: (573) 751-8870  
Fax: (573) 751-0774  
Josh.divine@ago.mo.gov  

*Counsel for State of Missouri*

Topeka, Kansas 66612-1597  
Tel: (785) 368-8197  
Jesse.Burris@ag.ks.gov  

*Counsel for State of Kansas*

LYNN FITCH  
Attorney General of Mississippi  

/s/ Justin L. Matheny  
Justin L. Matheny (MS Bar No. 100754)  
  Deputy Solicitor General  

Mississippi Attorney General's Office  
P.O. Box 220  
Jackson, MS 39205-0220  
Telephone: (601) 359-3680  
Fax: (601) 359-2003  
justin.matheny@ago.ms.gov  

*Counsel for State of Mississippi*

AUSTIN KNUDSEN  
Attorney General of Montana  

/s/ Christian B. Corrigan  
Christian B. Corrigan  
  Solicitor General  
Brent Mead  
  Deputy Solicitor General  

Office of the Montana Attorney General  
215 N Sanders St  
Helena, MT 59601  
(406) 444-2707  
Christian.Corrigan@mt.gov  

*Counsel for State of Montana*

MICHAEL T. HILGERS
Attorney General of Nebraska

/s/ Eric J. Hamilton
Eric J. Hamilton
  Solicitor General

Office of the Nebraska Attorney General
2115 State Capitol
Lincoln, NE 68509
(402) 471-2683
Eric.Hamilton@nebraska.gov

*Counsel for State of Nebraska*

DAVE YOST
Attorney General of Ohio

/s/ Benjamin M. Flowers
Benjamin M. Flowers
  Ohio Solicitor General

30 E. Broad St., 17th Floor
Columbus, OH 43215
Phone:  614.466-8980
bflowers@ohioago.gov

*Counsel for State of Ohio*

ALAN WILSON
Attorney General of South Carolina

/s/ J. Emory Smith, Jr.
J. Emory Smith, Jr.
  Deputy Solicitor General

Office of the Attorney General

JOHN M. FORMELLA
Attorney General of New Hampshire

/s/ Brandon F. Chase
Brandon F. Chase
  Assistant Attorney General

New Hampshire Department of Justice
33 Capitol Street
Concord, NH  03301
(603) 271-3650
brandon.f.chase@doj.nh.gov

*Counsel for State of New Hampshire*

GENTNER F. DRUMMOND
Attorney General of Oklahoma

/s/ Garry M. Gaskins, II
Garry M. Gaskins, II
  Solicitor General
Zach West
  Director of Special Litigation
Jennifer L. Lewis
  Assistant Attorney General

313 N.E. 21st Street
Oklahoma City, OK 73105
Tel: (405) 521-3921
Garry.gaskins@oag.ok.gov
Zach.west@oag.ok.gov
Jennifer.lewis@oag.ok.gov

*Counsel for State of Oklahoma*

MARTY J. JACKLEY
Attorney General of South Dakota

/s/ Charles D. McGuigan
Charles D. McGuigan
  Deputy Attorney General Civil Division

1302 E. Highway 14, Suite 1

5

Post Office Box 11549
Columbia, South Carolina 29211
Phone: (803) 734-3680; Fax: (803) 734-3677
Email: ESmith@scag.gov

*Counsel for State of South Carolina*

JONATHAN SKRMETTI
Attorney General and Reporter
of the State of Tennessee

/s/ Clark L. Hildabrand
Andrée Blumstein
  Solicitor General
Clark L. Hildabrand
  Senior Counsel
Office of the Tennessee Attorney General
P.O. Box 20207
Nashville, TN 37202
(615) 253-5642
Clark.Hildabrand@ag.tn.gov

*Counsel for State of Tennessee*

JASON MIYARES
Attorney General of Virginia

/s/ Andrew N. Ferguson
Andrew N. Ferguson
  Solicitor General
Kevin M. Gallagher
  Deputy Solicitor General
M. Jordan Minot
  Assistant Solicitor General

Virginia Attorney General's Office
202 North 9th Street
Richmond, Virginia 23219
(804) 786-2071
aferguson@oag.state.va.us
kgallagher@oag.state.va.us
mminot@oag.state.va.us

*Counsel for Commonwealth of Virginia*

Pierre, SD 57501
605-773-3215
atgservice@state.sd.us

*Counsel for State of South Dakota*

SEAN REYES
Attorney General of Utah

/s/ Melissa Holyoak
Melissa Holyoak
  Solicitor General

Utah Attorney General's Office
350 N. State Street, Suite 230
P.O. Box 142320
Salt Lake City, UT 84114-2320
(801) 538-9600
melissaholyoak@agutah.gov

*Counsel for State of Utah*

BRIDGET HILL
Attorney General of Wyoming

/s/ Travis Jordan
Travis Jordan (ND Bar No. 08933)
  Senior Assistant Attorney General

Wyoming Attorney General's Office
109 State Capitol
Cheyenne, WY 82002
(307) 777-7895 (phone)
(307) 777-3542 (fax)
travis.jordan@wyo.gov

*Counsel for State of Wyoming*