IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
EASTERN DIVISION

| | |
|---|---|
| **STATES OF WEST VIRGINIA**, **NORTH DAKOTA**, **GEORGIA**, and **IOWA**, *et al.*,<br><br>　　Plaintiffs,<br><br>v.<br><br>**U.S. ENVIRONMENTAL PROTECTION AGENCY**, e*t al.*,<br><br>　　Defendants. | Case No. 3:23-cv-00032-DLH-ARS<br><br>Hon. Daniel L. Hovland |

**PLAINTIFF STATES' RESPONSE TO
APPLICANT-DEFENDANT-INTERVENORS' MOTION TO ACCELERATE
BRIEFING AND EXPEDITE CONSIDERATION OF MOTION TO INTERVENE**

　　The Plaintiff States offer just two short points on the Tribes' request to rush the process for deciding their motion to intervene.

　　*First*, the Tribes have not provided any specific reason why the Court must decide their motion to intervene before the Court decides the Plaintiff States' motion for preliminary injunction.  Nor have the Tribes explained why their motion should be fast-tracked ahead of the Proposed Business Intervenors' motion, which was filed two weeks earlier.  ECF 54.  In this motion to expedite, the Tribes talk broadly about the "sovereign interests" that they say the Final Rule implicates.  ECF 96-1 at 4.  But the Tribes do not explain—in this motion, their response to the Plaintiff States' motion to strike, or the Tribes' proposed opposition to the motion for preliminary injunction—why these sovereign interests are endangered *by a preliminary injunction*. A preliminary injunction, after all, "merely … preserve[s] the relative positions of the parties until

a trial on the merits can be held." *Univ. of Texas v. Camenisch*, 451 U.S. 390, 395 (1981). The Plaintiff States are not asking the Court to "narrow[] the scope of Clean Water Act jurisdiction" from what it is today, as the Tribes suggest. ECF 96-1 at 4. And while the Tribes are right that the preliminary injunction presents an "important decision" in that it could prevent serious harm to the States, they are wrong to think that the decision "will affect the rest of the case." *Id.* "[F]indings of fact and conclusions of law made by a court granting a preliminary injunction are not binding." *SEC v. Zahareas*, 272 F.3d 1102, 1105 (8th Cir. 2001). And "[a]t this preliminary stage," the court does not decide who "will ultimately win." *Nokota Horse Conservancy, Inc. v. Bernhardt*, 666 F. Supp. 2d 1073, 1078 (D.N.D. 2009). So if the Tribes are right that they have substantial interests that justify intervention, then they will have a full opportunity to protect those interests when the case moves forward.

*Second*, the Tribes are mistaken in thinking that "the Plaintiff States will not be harmed nor prejudiced by the Tribes' requested schedule." ECF 96-1 at 5. It may be that the Tribes' schedule could allow the *motion to intervene* to be decided hours before the Final Rule's March 20 effective date. But if the Tribes are allowed in just before the deadline, then the parties will not have time to complete briefing on the Tribes' opposition to the motion for preliminary injunction before the effective date—and the Court would have next to no time to provide a complete decision. Without the Court's pre-effective-date intervention, the rules of the game will detrimentally change for the States on March 20. *See* Tr. at 55, *Kentucky v. EPA*, No. 3:23-cv-00007-GFVT (E.D. Ky. Mar. 13, 2013), ECF 45 ("THE COURT: What practically happens on March 20th? [DOJ ATTORNEY]: Well, Your Honor, at that point the rule would go into effect and people would need to start assessing jurisdiction under the rule versus the status quo."). The Court has already said that "[a]llowing the briefing schedule to conclude after the final rule takes effect would be

2

prejudicial to the Plaintiffs." ECF 90 at 2. But in practical effect, the Tribes are asking the Court to allow that very same schedule shift here.

At bottom, as the States explained in their related motion to strike,[1] a court must consider how a proposed intervention "may prejudice the existing parties." *Planned Parenthood of the Heartland v. Heineman*, 664 F.3d 716, 718 (8th Cir. 2011). The States and the Agencies had figured out a way to brief the preliminary-injunction motion efficiently and expeditiously. That briefing is now complete. Whatever the ultimate merits of the Tribes' separate intervention motion might be, allowing the Tribes to jump into the middle of the preliminary-injunction issue and upset those dates, directly or indirectly, would cause real prejudice. *Cf. FTC v. BF Labs, Inc.*, No. 4:14-CV-00815-BCW, 2014 WL 11173797, at *2 (W.D. Mo. Oct. 3, 2014) (denying intervention where the case was "in the early stages" and intervention promised to merely complicate the proceedings). Courts have recognized as much in denying motions to intervene brought during preliminary-injunction proceedings. *See, e.g.*, *FTC v. Noland*, No. CV-20-00047-PHX-DWL, 2021 WL 3290461, at *4 (D. Ariz. Aug. 2, 2021); *United States v. Sec'y, Fla. Dep't of Corr.*, No. 12-22958-CIV, 2013 WL 4786829, at *2 (S.D. Fla. Sept. 6, 2013); *Salt Lake Trib. Publ'g Co., LLC v. Mgmt. Plan., Inc.*, No. 2:03-CV-00565 PGC, 2007 WL 9805543, at *4 (D. Utah Feb. 13, 2007).

For these reasons, the Court should deny the Tribes' motion to accelerate briefing and to expedite consideration of their motion to intervene.

Dated: March 14, 2023

---

[1] The States do not intend to file a reply in support of that motion, so as not to further delay the proceedings or burden the Court.

Respectfully submitted.

| | |
|---|---|
| PATRICK MORRISEY<br>Attorney General of West Virginia | DREW H. WRIGLEY<br>Attorney General of North Dakota |

/s/ Michael R. Williams
Lindsay See
  Solicitor General
Michael R. Williams
  Senior Deputy Solicitor General

Office of the West Virginia Attorney General
State Capitol, Bldg 1, Room E-26
Charleston, WV 25305
(681) 313-4550
Lindsay.S.See@wvago.gov
Michael.R.Williams@wvago.gov

*Counsel for State of West Virginia*

/s/ Margaret I. Olson
Margaret I. Olson – State Bar ID No. 06352
Jennifer L. Verleger – State Bar ID No. 06732
  Assistant Attorneys General

Office of Attorney General
500 N. 9th Street
Bismarck, ND 58501
Phone: (701) 328-3640
jverleger@nd.gov
maiolson@nd.gov

*Counsel for State of North Dakota*

CHRISTOPHER M. CARR
Attorney General of Georgia

/s/ Stephen J. Petrany
Stephen J. Petrany
  Solicitor General

Office of the Attorney General
40 Capitol Square, SW
Atlanta, Georgia 30334
(404) 458-3408
spetrany@law.ga.gov

*Counsel for State of Georgia*

BRENNA BIRD
Attorney General of Iowa

/s/ Eric H. Wessan
Eric H. Wessan
  Solicitor General

1305 E. Walnut Street
Des Moines, Iowa 50319
(515) 281-5164
(515) 281-4209 (fax)
eric.wessan@ag.iowa.gov

*Counsel for State of Iowa*

STEVE MARSHALL
Attorney General of Alabama

/s/ Edmund G. LaCour Jr.
Edmund G. LaCour Jr. (ASB-9182-U81L)
  Solicitor General

Office of the Attorney General
State of Alabama
501 Washington Avenue

TREG TAYLOR
Attorney General of Alaska

/s/ David A. Wilkinson
David A. Wilkinson
  Senior Assistant Attorney General

1031 W. 4th Ave., Ste. 200
Anchorage, AK 99501
(907) 269-5100

4

P.O. Box 300152
Montgomery, Alabama 36130-0152
Telephone: (334) 242-7300
Fax: (334) 353-8400
Edmund.LaCour@AlabamaAG.gov

*Counsel for State of Alabama*

TIM GRIFFIN
Attorney General of Arkansas

/s/ Dylan L. Jacobs
Nicholas J. Bronni
  Solicitor General
Dylan L. Jacobs
  Deputy Solicitor General

Arkansas Attorney General's Office
323 Center Street, Suite 200
Little Rock, Arkansas 72201
(501) 682-6302
Nicholas.Bronni@arkansasag.gov
Dylan.Jacobs@arkansasag.gov

*Counsel for State of Arkansas*

THEODORE E. ROKITA
Attorney General of Indiana

/s/ Thomas M. Fisher
Thomas M. Fisher
  Solicitor General

Indiana Attorney General's Office
Indiana Government Center South
302 W. Washington St., 5th Floor
Indianapolis, IN 46204
(317) 232-6255
tom.fisher@atg.in.gov

*Counsel for State of Indiana*

JEFF LANDRY

david.wilkinson@alaska.gov

*Counsel for State of Alaska*

ASHLEY MOODY
Attorney General of Florida

/s/ Natalie P. Christmas
Natalie P. Christmas (Fla. Bar 1019180)
  Assistant Attorney General of Legal Policy

Florida Attorney General's Office
The Capitol, Pl-01
Tallahassee, Florida 32399-1050
(850) 414-3300
(850) 410-2672 (fax)

natalie.christmas@myfloridalegal.com

*Counsel for State of Florida*

KRIS KOBACH
Attorney General of Kansas

/s/ Jesse A. Burris
Jesse A. Burris
  Assistant Attorney General

Kansas Attorney General's Office
120 SW 10th Avenue, 2nd Floor
Topeka, Kansas 66612-1597
Tel: (785) 368-8197
Jesse.Burris@ag.ks.gov

*Counsel for State of Kansas*

LYNN FITCH

5

| | |
|---|---|
| Attorney General of Louisiana | Attorney General of Mississippi |
| /s/ Elizabeth B. Murrill | /s/ Justin L. Matheny |
| Elizabeth B. Murrill<br>  Solicitor General<br>J. Scott St. John<br>  Deputy Solicitor General<br>Morgan Brungard<br>  Assistant Solicitor General<br>Tracy Short<br>  Assistant Attorney General | Justin L. Matheny (MS Bar No. 100754)<br>  Deputy Solicitor General<br><br>Mississippi Attorney General's Office<br>P.O. Box 220<br>Jackson, MS 39205-0220<br>Telephone: (601) 359-3680<br>Fax: (601) 359-2003<br>justin.matheny@ago.ms.gov |
| Louisiana Department of Justice<br>1885 N. Third Street<br>Baton Rouge, LA 70804<br>Tel: (225) 326-6766<br>murrille@ag.louisiana.gov<br>stjohnj@ag.louisiana.gov<br>brungardm@ag.louisiana.gov<br>shortt@ag.louisiana.gov | *Counsel for State of Mississippi* |
| *Counsel for State of Louisiana* | |
| ANDREW BAILEY<br>Attorney General of Missouri | AUSTIN KNUDSEN<br>Attorney General of Montana |
| /s/ Joshua M. Divine | /s/ Christian B. Corrigan |
| Joshua M. Divine, Mo. Bar No. 69875<br>  Solicitor General<br>Jeff P. Johnson, Mo. Bar No. 73249<br>  Deputy Solicitor General | Christian B. Corrigan<br>  Solicitor General<br>Brent Mead<br>  Deputy Solicitor General |
| Missouri Attorney General's Office<br>Post Office Box 899<br>Jefferson City, MO 65102<br>Tel: (573) 751-8870<br>Fax: (573) 751-0774<br>Josh.divine@ago.mo.gov | Office of the Montana Attorney General<br>215 N Sanders St<br>Helena, MT 59601<br>(406) 444-2707<br>Christian.Corrigan@mt.gov |
| *Counsel for State of Missouri* | *Counsel for State of Montana* |
| MICHAEL T. HILGERS<br>Attorney General of Nebraska | JOHN M. FORMELLA<br>Attorney General of New Hampshire |
| /s/ Eric J. Hamilton | /s/ Brandon F. Chase |

Eric J. Hamilton
  Solicitor General

Office of the Nebraska Attorney General
2115 State Capitol
Lincoln, NE 68509
(402) 471-2683
Eric.Hamilton@nebraska.gov

*Counsel for State of Nebraska*

Anthony J. Galdieri
  Solicitor General
Brandon F. Chase
  Assistant Attorney General

New Hampshire Department of Justice
33 Capitol Street
Concord, NH  03301
(603) 271-3650
brandon.f.chase@doj.nh.gov

*Counsel for State of New Hampshire*

DAVE YOST
Attorney General of Ohio

/s/ Benjamin M. Flowers
Benjamin M. Flowers
  Ohio Solicitor General

30 E. Broad St., 17th Floor
Columbus, OH 43215
Phone:  614.466-8980
bflowers@ohioago.gov

*Counsel for State of Ohio*

GENTNER F. DRUMMOND
Attorney General of Oklahoma

/s/ Garry M. Gaskins, II
Garry M. Gaskins, II
  Solicitor General
Zach West
  Director of Special Litigation
Jennifer L. Lewis
  Assistant Attorney General

313 N.E. 21st Street
Oklahoma City, OK 73105
Tel: (405) 521-3921
Garry.gaskins@oag.ok.gov
Zach.west@oag.ok.gov
Jennifer.lewis@oag.ok.gov

*Counsel for State of Oklahoma*

ALAN WILSON
Attorney General of South Carolina

/s/ J. Emory Smith, Jr.
J. Emory Smith, Jr.
  Deputy Solicitor General

Office of the Attorney General
Post Office Box 11549
Columbia, South Carolina 29211

MARTY J. JACKLEY
Attorney General of South Dakota

/s/ Charles D. McGuigan
Charles D. McGuigan
  Deputy Attorney General Civil Division

1302 E. Highway 14, Suite 1
Pierre, SD 57501
605-773-3215

Phone: (803) 734-3680; Fax: (803) 734-3677
Email: ESmith@scag.gov

*Counsel for State of South Carolina*

atgservice@state.sd.us

*Counsel for State of South Dakota*

JONATHAN SKRMETTI
Attorney General and Reporter
of the State of Tennessee

/s/ Clark L. Hildabrand
Andrée Blumstein
  Solicitor General
Clark L. Hildabrand
  Senior Counsel
Office of the Tennessee Attorney General
P.O. Box 20207
Nashville, TN 37202
(615) 253-5642
Clark.Hildabrand@ag.tn.gov

*Counsel for State of Tennessee*

SEAN REYES
Attorney General of Utah

/s/ Melissa Holyoak
Melissa Holyoak
  Solicitor General

Utah Attorney General's Office
350 N. State Street, Suite 230
P.O. Box 142320
Salt Lake City, UT 84114-2320
(801) 538-9600
melissaholyoak@agutah.gov

*Counsel for State of Utah*

JASON MIYARES
Attorney General of Virginia

/s/ Andrew N. Ferguson
Andrew N. Ferguson
  Solicitor General
Kevin M. Gallagher
  Deputy Solicitor General
M. Jordan Minot
  Assistant Solicitor General

Virginia Attorney General's Office
202 North 9th Street
Richmond, Virginia 23219
(804) 786-2071
aferguson@oag.state.va.us
kgallagher@oag.state.va.us
mminot@oag.state.va.us

*Counsel for Commonwealth of Virginia*

BRIDGET HILL
Attorney General of Wyoming

/s/ Travis Jordan
Travis Jordan (ND Bar No. 08933)
  Senior Assistant Attorney General

Wyoming Attorney General's Office
109 State Capitol
Cheyenne, WY 82002
(307) 777-7895 (phone)
(307) 777-3542 (fax)
travis.jordan@wyo.gov

*Counsel for State of Wyoming*