IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA
EASTERN DIVISION

|  |  |
|---|---|
| STATE OF WEST VIRGINIA, *et al.*, | ) |
| Plaintiffs, | ) |
| and | ) |
| AMERICAN FARM BUREAU FEDERATION, *et al.*, | ) Civil No. 3:23-cv-0032 |
| Intervenor-Plaintiffs, | ) |
| v. | ) |
| U.S. ENVIRONMENTAL PROTECTION AGENCY, *et al.*, | ) |
| Defendants. | ) |

**INTERVENOR-PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

Pursuant to Federal Rule of Civil Procedure 65, Intervenor-Plaintiffs the American Farm Bureau Federation; American Petroleum Institute; American Road and Transportation Builders Association; Associated General Contractors of America; Cass County Farm Bureau; Leading Builders of America; National Apartment Association; the National Association of Home Builders of the United States; National Association of REALTORS®; National Cattlemen's Beef Association; National Corn Growers Association; National Mining Association; National Multifamily Housing Council; National Pork Producers Council; National Stone, Sand and Gravel Association; North Dakota Farm Bureau; Public Lands Council; and U.S. Poultry and Egg Association ("plaintiffs") respectfully move for the entry of a preliminary injunction prohibiting Defendants from enforcing, implementing, applying, or otherwise giving effect to the *Revised*

1

2

*Definition of "Waters of the United States"*, 88 Fed. Reg. 3004 (Jan. 18, 2023). Plaintiffs submit their memorandum in support concurrently with this motion.

Dated:  March 29, 2023

Respectfully submitted,

*/s/ Katie J. Schmidt*

Timothy S. Bishop (*pro hac vice*)
Brett E. Legner (*pro hac vice*)
MAYER BROWN LLP
71 South Wacker Drive
Chicago, Illinois 60606
Tel: (312) 782-0600
Email: tbishop@mayerbrown.com
Email: blegner@mayerbrown.com

James B. Danford, Jr. (*pro hac vice*)
MAYER BROWN LLP
700 Louisiana Street, Suite 3400
Houston, TX 77002
Tel:  713-238-2700
Email: jdanford@mayerbrown.com

Katie J. Schmidt (ND ID #06949)
Andrew D. Cook (ND ID #06278)
OHNSTAD TWICHELL, P.C.
444 Sheyenne Street, Suite 102
P.O. Box 458
West Fargo, ND 58078-0458
Tel: (701) 282-3249
Fax: (701) 282-0825
Email: kschmidt@ohnstadlaw.com
Email: acook@ohnstadlaw.com

*Counsel for Intervenor-Plaintiffs*