**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
EASTERN DIVISION**

| | | |
|---|---|---|
| STATE OF WEST VIRGINIA, *et al.*, | ) | |
| *Plaintiffs*, | ) | |
| | ) | |
| | ) | |
| AMERICAN FARM BUREAU | ) | |
| FEDERATION, *et al.*, | ) | No. 3:23-cv-32-DLH-ARS |
| | ) | |
| *Plaintiff-Intervenors* | ) | Hon. Daniel L. Hovland |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | |
| UNITED STATES ENVIRONMENTAL | ) | |
| PROTECTION AGENCY, *et al.*, | ) | |
| | ) | |
| *Defendants*, | ) | |
| | ) | |
| CHICKALOON VILLAGE | ) | |
| TRADITIONAL COUNCIL, *et al*. | ) | |
| | ) | |
| *Defendant-Intervenors*. | ) | |
| | ) | |

**FEDERAL DEFENDANTS' RESPONSE TO
PLAINTIFF-INTERVENORS' MOTION FOR ORAL ARGUMENT**

Plaintiff-Intervenors have moved for oral argument, ECF No. 115, regarding their

preliminary injunction motion, ECF Nos. 113 & 114. In response, Federal Defendants hereby

state that they are prepared to participate in oral argument if this Court decides that oral

argument will assist in reaching a decision. In that event, Federal Defendants request that the

Court schedule oral argument after the briefing on Plaintiff-Intervenors' motion for preliminary

injunction is complete, and after the Court decides Federal Defendants' appeal of Magistrate

Judge Senechal's order granting Plaintiff-Intervenors' intervention motion. ECF No. 129.

Respectfully submitted,

TODD KIM
Assistant Attorney General
ENVIRONMENT AND NATURAL
RESOURCES DIVISION

*Of Counsel:*
Karyn I. Wendelowski
Elise O'Dea
Environmental Protection Agency

Daniel Inkelas
Erica Zilioli
U.S. Army Corps of Engineers

*/s/ Sonya J. Shea*
ANDREW J. DOYLE, FL Bar No. 84948
SONYA J. SHEA, CA Bar No. 305917
SARAH IZFAR, DC Bar No. 1017796
HUBERT T. LEE, NY Bar No. 4992145
ELLIOT HIGGINS, NY Bar No. 5737903
United States Department of Justice
Environmental Defense Section
P.O. Box 7611
Washington, DC 20044
Tel: (415) 744-6469 (Doyle)
Tel: (303) 844-7231 (Shea)
Tel: (202) 305-0490 (Izfar)
Tel: (202) 514-1806 (Lee)
Tel: (202) 514-3144 (Higgins)
Fax: (202) 514-8865
andrew.doyle@usdoj.gov
sonya.shea@usdoj.gov
sarah.izfar@usdoj.gov
hubert.lee@usdoj.gov
elliot.higgins@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on April 12, 2023, I filed the foregoing using the Court's CM/ECF

system, which will electronically serve all counsel of record registered to use the CM/ECF

system.

*/s/ Sonya J. Shea*