# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF NORTH DAKOTA
# EASTERN DIVISION

| | |
|---|---|
| STATE OF WEST VIRGINIA, *et al.*, <br><br> Plaintiffs, <br><br> and <br><br> AMERICAN FARM BUREAU FEDERATION, *et al.*, <br><br> Intervenor-Plaintiffs, <br><br> v. <br><br> U.S. ENVIRONMENTAL PROTECTION AGENCY, *et al.*, <br><br> Defendants. <br><br> and <br><br> CHICKALOON VILLAGE TRADITIONAL COUNSEL, *et al.*, <br><br> Intervenor-Defendants, | Civil No. 3:23-cv-0032 <br> Hon. Daniel L. Hovland |

### INTERVENOR-PLAINTIFFS' NOTICE OF WITHDRAWAL OF THEIR MOTION FOR PRELIMINARY INJUNCTION

Currently pending before the Court is Intervenor-Plaintiffs'[1] motion for preliminary injunction, which seeks an order prohibiting Defendants from enforcing, implementing, applying,

---

[1] Intervenor-Plaintiffs are collectively the American Farm Bureau Federation; American Petroleum Institute; American Road and Transportation Builders Association; Associated General Contractors of America; Cass County Farm Bureau; Leading Builders of America; National Apartment Association; the National Association of Home Builders of the United States; National Association of REALTORS®; National Cattlemen's Beef Association; National Corn Growers Association; National Mining Association; National Multifamily Housing Council; National Pork Producers Council; National Stone, Sand and Gravel Association; North Dakota Farm Bureau; Public Lands Council; and U.S. Poultry and Egg Association.

or otherwise giving effect to the *Revised Definition of "Waters of the United States"*, 88 Fed. Reg. 3004 (Jan. 18, 2023). ECF 113. In light of the 24-State injunction issued by the Court, ECF 131, Intervenor-Plaintiffs respectfully withdraw their motion for preliminary injunction.

Dated: April 18, 2023	Respectfully submitted,

*/s/ Katie J. Schmidt*
Katie J. Schmidt (ND ID #06949)
Andrew D. Cook (ND ID #06278)
OHNSTAD TWICHELL, P.C.
444 Sheyenne Street, Suite 102
P.O. Box 458
West Fargo, ND 58078-0458
Tel: (701) 282-3249
Fax: (701) 282-0825
Email: kschmidt@ohnstadlaw.com
Email: acook@ohnstadlaw.com

Timothy S. Bishop (admitted *pro hac vice*)
Brett E. Legner (admitted *pro hac vice*)
MAYER BROWN LLP
71 S. Wacker Drive
Chicago, IL 60606
Telephone: (312) 701 7829
Facsimile: (312) 706 8607
Email: tbishop@mayerbrown.com
Email: blegner@mayerbrown.com

James B. Danford, Jr. (admitted *pro hac vice*)
MAYER BROWN LLP
700 Louisiana Street, Suite 3400
Houston, TX 77004
Tel: 713-238-2700
Email: jdanford@mayerbrown.com

*Attorneys for Intervenor-Plaintiffs*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on April 18, 2023, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's ECF system.

*/s/ Andrew D. Cook*
Andrew D. Cook