**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF NORTH DAKOTA**
**EASTERN DIVISION**

| | | |
|---|---|---|
| STATE OF WEST VIRGINIA, *et al.*, | ) | |
| | ) | |
| *Plaintiffs*, | ) | |
| | ) | |
| AMERICAN FARM BUREAU | ) | |
| FEDERATION, *et al.*, | ) | |
| | ) | |
| *Plaintiff-Intervenors*, | ) | No. 3:23-cv-32-DLH-ARS |
| | ) | |
| v. | ) | Hon. Daniel L. Hovland |
| | ) | |
| UNITED STATES ENVIRONMENTAL | ) | |
| PROTECTION AGENCY, *et al.*, | ) | |
| | ) | |
| *Defendants*, | ) | |
| | ) | |
| CHICKALOON VILLAGE | ) | |
| TRADITIONAL COUNCIL, *et al.*, | ) | |
| | ) | |
| *Defendant-Intervenors*. | ) | |

## NOTICE OF APPEAL

Pursuant to 28 U.S.C. § 1292(a)(1), Defendants U.S. Environmental Protection Agency

("EPA"), Michael S. Regan, in his official capacity as Administrator of EPA, U.S. Army Corps of

Engineers (the "Corps"),  Lieutenant General Scott A. Spellmon, in his official capacity as Chief

of Engineers and Commanding General of the Corps, and Michael L. Connor, in his official

capacity as Assistant Secretary of the Army (Civil Works) appeal to the United States Court of

Appeals for the Eighth Circuit from the order entered on April 12, 2023 (Dkt. No. 131), which

granted the Plaintiffs' motion for preliminary injunction.

Respectfully Submitted,

TODD KIM
Assistant Attorney General
ENVIRONMENT AND
NATURAL RESOURCES DIVISION

*/s/ Elliot Higgins*
ANDREW J. DOYLE, FL Bar No. 84948
SONYA J. SHEA, CA Bar No. 305917
SARAH IZFAR, DC Bar No. 1017796
HUBERT T. LEE, NY Bar No. 4992145
ELLIOT HIGGINS, NY Bar No. 5737903
United States Department of Justice
Environmental Defense Section
P.O. Box 7611
Washington, DC 20044
Tel: (415) 744-6469 (Doyle)
Tel: (303) 844-7231 (Shea)
Tel: (202) 305-0490 (Izfar)
Tel: (202) 514-1806 (Lee)
Tel: (202) 514-3144 (Higgins)
Fax: (202) 514-8865
andrew.doyle@usdoj.gov
sonya.shea@usdoj.gov
sarah.izfar@usdoj.gov
hubert.lee@usdoj.gov
elliot.higgins@usdoj.gov

*Of Counsel:*
Karyn I. Wendelowski
Elise O'Dea
Environmental Protection Agency

Daniel Inkelas
Erica Zilioli
U.S. Army Corps of Engineers

**CERTIFICATE OF SERVICE**

I hereby certify that on June 12, 2023, I filed the foregoing using the Court's CM/ECF

system, which will electronically serve all counsel of record registered to use the CM/ECF system.


_____
/s/ *Elliot Higgins*