# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NORTH DAKOTA
## EASTERN DIVISION

|  |  |
|---|---|
| STATES OF WEST VIRGINIA, NORTH DAKOTA, GEORGIA, and IOWA, *et al.*, | ) ) ) ) ) |
| Plaintiffs, | ) ) |
| and | ) ) |
| CASS COUNTY FARM BUREAU, *et al.*, | ) Civil No. 3:23-cv-0032 ) ) |
| Intervenor-Plaintiffs, | ) ) |
| v. | ) ) |
| U.S. ENVIRONMENTAL PROTECTION AGENCY, *et al.*, | ) ) ) |
| Defendants, | ) ) |
| and | ) ) |
| CHICKALOON VILLAGE TRADITIONAL COUNCIL, *et al.*, | ) ) ) |
| Defendant-Intervenors. | ) |

**PLAINTIFF STATES AND INTERVENOR-PLAINTIFFS'
MOTION FOR LEAVE TO FILE SURREPLY**

Plaintiff States and Intervenor-Plaintiffs move for leave to file the surreply attached as **Exhibit A** in opposition to Defendants'[1] motions for summary judgment (Dkts. 208, 209) and in support of their own motions for summary judgment (Dkts. 198, 201). The proposed surreply is narrowly limited to addressing relevant judicial decisions and agency memoranda that were either (1) issued on the same day or after Plaintiff States and Intervenor-Plaintiffs filed their reply/cross-response briefs on June 25, 2024 (Dkts. 216, 218), or (2) were issued shortly before Plaintiff States' and Intervenor-Plaintiffs' reply/cross-response briefs so that Plaintiff States and Intervenor-Plaintiffs have not had the opportunity to address Defendants' arguments regarding that authority that appeared for the first time in Defendants' reply briefs supporting their summary judgment motions. (Dkts. 221, 222). In support of this motion, Plaintiff States and Intervenor-Plaintiffs state as follows:

## DISCUSSION

Local Rule 7.1(C) provides that parties "must serve and file a motion to obtain leave of court to submit any additional filings." L.R. 7.1(C). Further, a party filing a motion for leave "must file the proffered pleading as an attachment." L.R. 5.1(C). Defendants filed their respective motions for summary judgment on April 26, 2024. (Dkts. 208, 209). Plaintiff States and Intervenor-Plaintiffs filed their response briefs on June 25, 2024 (Dkts. 216, 218). Defendants filed their respective reply briefs on July 25 and July 26, 2024 (Dkts. 221, 222).

Plaintiff States and Intervenor-Plaintiffs request leave to file a surreply to address relevant judicial decisions and agency actions that occurred after or close in time to when Plaintiff States and Intervenor-Plaintiffs filed their reply/cross-response briefs on June 25, 2024. Specifically, the

---

[1] Defendants are (1) the U.S. Environmental Protection Agency and Army Corps of Engineers (together, the "Agencies") and (2) Chickaloon Village Traditional Council, Rappahannock Tribe, Tohono O'odham Nation, and White Earth Band of Ojibwe ("Defendant-Intervenors").

proposed surreply will address (1) the Supreme Court's June 28, 2024 decision in *Loper Bright Enterprises v. Raimondo*, 144 S. Ct. 2244 (2024), cited at page 12 n.1 of the Agencies' reply brief (Dkt. 222); (2) the Eastern District of North Carolina's decision in *White v. U.S. EPA*, 2024 WL 3049581 (E.D.N.C. June 18, 2024), *appeal pending*, cited at pages 11-13 and 18-24 of the Agencies' reply brief and at pages 3-6 of the Defendant-Intervenors' reply brief; and (3) Agency memoranda issued June 25, 2024, that demonstrate the improper overreach of the Agencies' post-*Sackett* approach to finding jurisdiction over wetlands.[2] This motion is not made for purposes of delay, but to provide as complete and accurate a record as possible for an informed resolution of the parties' cross-motions for summary judgment. No prejudice or undue delay would result from granting this motion for leave, as the motions for summary judgment remain outstanding. And by filing a combined surreply, Plaintiff States and Intervenor-Plaintiffs have sought to address these issues as efficiently as possible.

      The Agencies and Defendant-Intervenors oppose this motion.

      The two judicial decisions addressed in the proposed surreply were decided before Defendants filed their reply briefs and were in fact addressed by Defendants in those briefs. First, the Agencies, having relied on *Chevron* deference in their motion for summary judgment, withdrew that request in their reply, citing the recently issued *Loper Bright* decision. (*See* Dkt. 222 at 12 n.1). As opposed to Defendants, who filed their reply briefs having the benefit of a month to consider *Loper Bright*, Plaintiff States and Intervenor-Plaintiffs have not had the opportunity to brief the Court on how the Amended Rule should be scrutinized under the framework set forth in *Loper Bright*. Second, the Agencies discuss the *White* decision for the first time in ten pages of their reply brief (Dkt. 222 at 11-13 and 18-24), and the Defendant-Intervenors discuss *White* on

---

[2] Each of the judicial decisions and agency actions are attached as appendices to the proposed surreply.

four pages (Dkt. 221 at 3-6). Plaintiff States and Intervenor-Plaintiffs have not had the opportunity to address those new arguments. Plaintiff States did not address the ruling in *White* in their reply brief, decided only seven days prior, while the Intervenor-Plaintiffs addressed it only in a footnote. Thus, this Court has not yet had the benefit of full discussion of this case, on which Defendants put so much reliance.  Third, the Agency memoranda cited in the proposed surreply are relevant to the issues raised in the summary judgment motions but were not issued by the Agencies until sometime on June 25, 2024, the date Plaintiff States and Intervenor-Plaintiffs filed their reply briefs.

Plaintiff States and Intervenor-Plaintiffs therefore respectfully request that the Court grant this motion and consider the arguments and authorities set forth in the surreply attached hereto as **Exhibit A** in deciding the motions for summary judgment.

Dated:  August 16, 2024                                    Respectfully submitted,

PATRICK MORRISEY                                           DREW H. WRIGLEY
Attorney General of West Virginia                          Attorney General of North Dakota

/s/ Michael R. Williams                                    /s/ Philip J. Axt
Michael R. Williams                                        Philip J. Axt – State Bar ID No. 09585
  Solicitor General                                          Solicitor General
                                                           Erik J. Wallevand
                                                             Assistant Attorney General
Office of the West Virginia Attorney
General                                                    Office of Attorney General
State Capitol, Bldg 1, Room E-26                           600 E. Boulevard Ave., Dept. 125
Charleston, WV 25305                                       Bismarck, ND 58505
(681) 313-4550                                             Telephone: (701) 328-2210
Michael.R.Williams@wvago.gov                               pjaxt@nd.gov
                                                           ewallevand@nd.gov
*Counsel for State of West Virginia*

                                                           *Counsel for State of North Dakota*

CHRISTOPHER M. CARR
Attorney General of Georgia

/s/ Stephen J. Petrany
Stephen J. Petrany
  Solicitor General

Office of the Attorney General
40 Capitol Square, SW
Atlanta, Georgia 30334
(404) 458-3408
spetrany@law.ga.gov

*Counsel for State of Georgia*

BRENNA BIRD
Attorney General of Iowa

/s/ Eric H. Wessan
Eric H. Wessan
  Solicitor General

1305 E. Walnut Street
Des Moines, Iowa 50319
(515) 281-5164
(515) 281-4209 (fax)
eric.wessan@ag.iowa.gov

*Counsel for State of Iowa*

STEVE MARSHALL
Attorney General of Alabama

/s/ Edmund G. LaCour Jr.
Edmund G. LaCour Jr. (ASB-9182-U81L)
  Solicitor General

Office of the Attorney General
State of Alabama
501 Washington Avenue
P.O. Box 300152
Montgomery, Alabama 36130-0152
Telephone: (334) 242-7300
Fax: (334) 353-8400
Edmund.LaCour@AlabamaAG.gov

*Counsel for State of Alabama*

TREG TAYLOR
Attorney General of Alaska

/s/ David A. Wilkinson
David A. Wilkinson
  Senior Assistant Attorney General

1031 W. 4th Ave., Ste. 200
Anchorage, AK 99501
(907) 269-5100
david.wilkinson@alaska.gov

*Counsel for State of Alaska*

TIM GRIFFIN
Attorney General of Arkansas

/s/ Dylan L. Jacobs
Nicholas J. Bronni
  Solicitor General
Dylan L. Jacobs
  Deputy Solicitor General

Arkansas Attorney General's Office
323 Center Street, Suite 200

ASHLEY MOODY
Attorney General of Florida

/s/ Natalie P. Christmas
Natalie P. Christmas (Fla. Bar 1019180)
  Counselor to the Attorney General

Florida Attorney General's Office
The Capitol, Pl-01
Tallahassee, Florida 32399-1050
(850) 414-3300

Little Rock, Arkansas 72201
(501) 682-6302
Nicholas.Bronni@arkansasag.gov
Dylan.Jacobs@arkansasag.gov

*Counsel for State of Arkansas*

(850) 410-2672 (fax)

natalie.christmas@myfloridalegal.com

*Counsel for State of Florida*

THEODORE E. ROKITA
Attorney General of Indiana

/s/ James A. Barta
James A. Barta
  Solicitor General

Indiana Attorney General's Office
Indiana Government Center South
302 W. Washington St., 5th Floor
Indianapolis, IN 46204
(317) 232-6255
james.barta@atg.in.gov

*Counsel for State of Indiana*

KRIS KOBACH
Attorney General of Kansas

/s/ Jesse A. Burris
Jesse A. Burris
  Assistant Attorney General

Kansas Attorney General's Office
120 SW 10th Avenue, 2nd Floor
Topeka, Kansas 66612-1597
Tel: (785) 368-8197
Jesse.Burris@ag.ks.gov

*Counsel for State of Kansas*

LIZ MURRILL
Attorney General of Louisiana

/s/ Morgan Brungard
Morgan Brungard
  Assistant Solicitor General
Tracy Short
  Assistant Attorney General

Louisiana Department of Justice
1885 N. Third Street
Baton Rouge, LA 70804
Tel: (225) 326-6766
brungardm@ag.louisiana.gov
shortt@ag.louisiana.gov

*Counsel for State of Louisiana*

LYNN FITCH
Attorney General of Mississippi

/s/ Justin L. Matheny
Justin L. Matheny (MS Bar No. 100754)
  Deputy Solicitor General

Mississippi Attorney General's Office
P.O. Box 220
Jackson, MS 39205-0220
Telephone: (601) 359-3680
Fax: (601) 359-2003
justin.matheny@ago.ms.gov

*Counsel for State of Mississippi*

5

ANDREW BAILEY
Attorney General of Missouri

/s/ Joshua M. Divine
Joshua M. Divine, Mo. Bar No. 69875
  Solicitor General

Missouri Attorney General's Office
Post Office Box 899
Jefferson City, MO 65102
Tel: (573) 751-8870
Fax: (573) 751-0774
Josh.divine@ago.mo.gov

*Counsel for State of Missouri*

MICHAEL T. HILGERS
Attorney General of Nebraska

/s/ Eric J. Hamilton
Eric J. Hamilton
  Solicitor General

Office of the Nebraska Attorney General
2115 State Capitol
Lincoln, NE 68509
(402) 471-2683
Eric.Hamilton@nebraska.gov

*Counsel for State of Nebraska*

DAVE YOST
Attorney General of Ohio

/s/ Mathura Sridharan
Mathura Sridharan
  Deputy Solicitor General

30 E. Broad St., 17th Floor
Columbus, OH 43215
Phone: 614.466-8980
Mathura.Sridharan@OhioAGO.gov

AUSTIN KNUDSEN
Attorney General of Montana

/s/ Christian B. Corrigan
Christian B. Corrigan
  Solicitor General
Brent Mead
  Deputy Solicitor General

Office of the Montana Attorney General
215 N Sanders St
Helena, MT 59601
(406) 444-2707
Christian.Corrigan@mt.gov

*Counsel for State of Montana*

JOHN M. FORMELLA
Attorney General of New Hampshire

/s/ Brandon F. Chase
Brandon F. Chase
  Assistant Attorney General

New Hampshire Department of Justice
33 Capitol Street
Concord, NH 03301
(603) 271-3650
brandon.f.chase@doj.nh.gov

*Counsel for State of New Hampshire*

GENTNER F. DRUMMOND
Attorney General of Oklahoma

/s/ Garry M. Gaskins, II
Garry M. Gaskins, II
  Solicitor General
Zach West
  Director of Special Litigation
Jennifer L. Lewis
  Assistant Attorney General

313 N.E. 21st Street

| | |
|---|---|
| *Counsel for State of Ohio* | Oklahoma City, OK 73105<br>Tel: (405) 521-3921<br>Garry.gaskins@oag.ok.gov<br>Zach.west@oag.ok.gov<br>Jennifer.lewis@oag.ok.gov<br><br>*Counsel for State of Oklahoma* |
| ALAN WILSON<br>Attorney General of South Carolina<br><br>/s/ J. Emory Smith, Jr.<br>J. Emory Smith, Jr.<br>  Deputy Solicitor General<br><br>Office of the Attorney General<br>Post Office Box 11549<br>Columbia, South Carolina 29211<br>Phone:  (803) 734-3680<br>Fax:  (803) 734-3677<br>Email:   ESmith@scag.gov<br><br>*Counsel for State of South Carolina* | MARTY J. JACKLEY<br>Attorney General of South Dakota<br><br>/s/ Charles D. McGuigan<br>Charles D. McGuigan<br>  Deputy Attorney General Civil Division<br>Jennifer L. Verleger<br>  Assistant Attorney General<br><br>1302 E. Highway 14, Suite 1<br>Pierre, SD 57501<br>605-773-3215<br>atgservice@state.sd.us<br>charles.mcguigan@state.sd.us<br>jennifer.verleger@state.sd.us<br><br>*Counsel for State of South Dakota* |
| JONATHAN SKRMETTI<br>Attorney General and Reporter<br>of the State of Tennessee<br><br>/s/ Gabriel Krimm<br>Gabriel Krimm<br>  Assistant Solicitor General<br>Office of the Tennessee Attorney General<br>P.O. Box 20207<br>Nashville, TN 37202<br>(615) 523-5596<br>Gabriel.Krimm@ag.tn.gov<br><br>*Counsel for State of Tennessee* | SEAN REYES<br>Attorney General of Utah<br><br>/s/ Lance Sorenson<br>Lance Sorenson<br>  Assistant Solicitor General<br><br>Utah Attorney General's Office<br>160 East 300 South, 6th Floor<br>Salt Lake City, UT 84114-2320<br>(801) 366-0557<br>lancesorenson@agutah.gov<br><br>*Counsel for State of Utah* |

| | |
|---|---|
| JASON MIYARES<br>Attorney General of Virginia | BRIDGET HILL<br>Attorney General of Wyoming |
| /s/ Kevin M. Gallagher<br>Kevin M. Gallagher<br>  Principal Deputy Solicitor General<br>M. Jordan Minot<br>  Assistant Solicitor General | /s/ Travis Jordan<br>Travis Jordan (ND Bar No. 08933)<br>  Senior Assistant Attorney General |

<br>

JASON MIYARES
Attorney General of Virginia

/s/ Kevin M. Gallagher
Kevin M. Gallagher
  Principal Deputy Solicitor General
M. Jordan Minot
  Assistant Solicitor General

Virginia Attorney General's Office
202 North 9th Street
Richmond, Virginia 23219
(804) 786-2071
kgallagher@oag.state.va.us
mminot@oag.state.va.us

*Counsel for Commonwealth of Virginia*

BRIDGET HILL
Attorney General of Wyoming

/s/ Travis Jordan
Travis Jordan (ND Bar No. 08933)
  Senior Assistant Attorney General

Wyoming Attorney General's Office
109 State Capitol
Cheyenne, WY 82002
(307) 777-7895 (phone)
(307) 777-3542 (fax)
travis.jordan@wyo.gov

*Counsel for State of Wyoming*


Timothy S. Bishop (*pro hac vice*)
Brett E. Legner (*pro hac vice*)
MAYER BROWN LLP
71 South Wacker Drive
Chicago, Illinois 60606
Tel: (312) 782-0600
Email: tbishop@mayerbrown.com
Email: blegner@mayerbrown.com

James B. Danford, Jr. (*pro hac vice*)
MAYER BROWN LLP
700 Louisiana Street, Suite 3400
Houston, TX 77002
Tel:  713-238-2700
Email: jdanford@mayerbrowncom

/s/ Katie J. Schmidt

  Katie J. Schmidt (ND ID #06949)
  Andrew D. Cook (ND ID #06278)
  OHNSTAD TWICHELL, P.C.
  444 Sheyenne Street, Suite 102
  P.O. Box 458
  West Fargo, ND 58078-0458
  Tel: (701) 282-3249
  Fax: (701) 282-0825
  Email: kschmidt@ohnstadlaw.com
  Email: acook@ohnstadlaw.com

*Counsel for Intervenor-Plaintiffs*

**CERTIFICATE OF CONFERENCE**

The undersigned hereby certifies that on August 15-16, 2024, counsel for Intervenor-Plaintiffs conferred with counsel for Defendants and Intervenors regarding the requested relief, who confirmed that they are opposed to the relief sought herein.

*/s/ Michael R. Williams*
Michael R. Williams