AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of North Dakota

| | |
|---|---|
| State of West Virginia, et. al., ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 3:23-cv-00032 |
| U.S. Environmental Protection Agency, et. al., ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

State of Nebraska.

Date:   01/23/2025

/s/ Grant D. Strobl
*Attorney's signature*

Grant D. Strobl (NE 27985)
*Printed name and bar number*

2115 State Capitol
Lincoln, NE 68509
*Address*

grant.strobl@nebraska.gov
*E-mail address*

(402) 471-2683
*Telephone number*

(402) 471-3297
*FAX number*